Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.   (415) 677-9440
Fax    (415) 677-9445
Email: Lchang@neyhartlaw.com

**Attorney for Plaintiffs**

Robert Kinney, State Bar No. 223855
SUN SYSTEM TECHNOLOGY
2731 Citrus Rd., Suite D
Rancho Cordova, CA 95742
Tel. (916) 224-3011
Email: Rkinney@sunsystemtechnology.com

**Attorney for Defendant**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (Oakland Division)

| | |
|---|---|
| SOLANO-NAPA COUNTIES ELECTRICAL WORKERS' HEALTH & WELFARE TRUST FUND; LOCAL 180 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; SOLANO-NAPA COUNTIES JOINT ELECTRICAL EDUCATION AND TRAINING TRUST; SOLANO-NAPA COUNTIES LABOR MANAGEMENT COOPERATION TRUST; NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION FUND; SOLANO-NAPA COUNTIES ELECTRICAL WORKERS PENSION TRUST FUND; SOLANO-NAPA COUNTIES ELECTRICAL WORKERS' PROFIT SHARING PLAN; CONTRACT ADMINISTRATION FUND; ELECTRICAL CONTRACTORS TRUST OF SOLANO-NAPA COUNTIES; SOLANO-NAPA COUNTIES JOINT APPRENTICESHIP AND TRAINING TRUST; and KEVIN COLEMAN and GREG ARMSTRONG, Trustees of each of the Plaintiff Trusts,<br>           Plaintiffs,<br>  v.<br><br>SST CONSTRUCTION, LLC dba SUNSYSTEM TECHNOLOGY;<br><br>           Defendant. | Case No. 18-cv-1013 KAW<br><br>**STIPULATION FOR CONTINGENT ORDER OF DISMISSAL & [Proposed] CONTINGENT ORDER OF DISMISSAL**<br><br>Courtroom: 4, 3rd Floor<br>Location:   1301 Clay Street<br>               Oakland, CA 94612<br>Judge:     Hon. Kandis A. Westmore |

## **STIPULATION FOR CONTINGENT ORDER OF DISMISSAL**

The parties hereto stipulate as follows:

1.     In this ERISA action, the parties have reached agreement to settle this case under the terms and conditions specified in a Settlement Agreement.

2.      The settlement involves a payment plan to pay off liquidated damages, interest, attorneys' fees and costs owed to Plaintiffs for Defendant's failure to timely make payment of fringe benefit contributions.

3.     If the Settlement Agreement is otherwise breached, the parties agree that Plaintiffs may reopen the matter at any time, if Plaintiffs certify to the Court that the consideration has not been paid or other terms and conditions of the Settlement Agreement have not been complied with.

**IT IS SO STIPULATED.**


Respectfully Submitted,

Dated: March 16 ,2018          NEYHART, ANDERSON, FLYNN & GROSBOLL

                               By:   /s/ Lois H. Chang
                                     LOIS H. CHANG
                                     Attorneys for Plaintiffs

Dated: March 16 ,2018          COUNSEL FOR SUN SYSTEM TECHNOLOGY

                               By:   /s/Robert Kinney
                                     ROBERT KINNEY
                                     Attorneys for Defendant

## ~~[Proposed]~~ CONTINGENT ORDER OF DISMISSAL

**~~[PROPOSED]~~ ORDER:**

The parties hereto have agreed to a settlement of this action. IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided, however, that if any party hereto shall certify to this Court, with proof of service of copy thereon on the Defendant or its counsel that the terms and conditions of the agreement have not been complied with, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar.

IT IS SO ORDERED.

Dated: 3/22/18

*Kandis Westmore*
U.S. MAGISTRATE JUDGE
HON. KANDIS A. WESTMORE